```
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------x
MODESTO HERNANDEZ,

                Plaintiff,

    -against-                        Index No: 3:10 CIV 1333
                                             (DJS)
BERLIN NEWINGTON ASSOCIATES, LLC
A Delaware Limited Liability Company,

                Defendant.
------------------------------------x
```

## ANSWER

DEFENDANT, as and for its Answer, to the Complaint of Plaintiff, herein states:

FIRST:   Denies each and every allegation contained in the paragraph of the complaint marked and designated: 6 (to the extent it indicates defendant is a Lessee), 11, 12, 13, 14 A - E, 15, 16, 17, 19, and 21.

SECOND:   Denies any knowledge or information sufficient to form a belief thereof as to each and every allegation contained in the paragraph of the complaint marked and designated: 3, 4, 5, 7, 9, 10, 18, and 20.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

THIRD:   Plaintiff does not have standing to bring this Complaint.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

FOURTH:   This honorable Court lacks subject matter

jurisdiction over this proceeding.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

FIFTH:   The Complaint fails to sufficiently allege time or place as required by Fed. R. Civ. Proc. 9(f).

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

SIXTH:   The Complaint fails to state a cause of action upon which relief may be granted.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

SEVENTH:   To the extent any architectural barriers may exist, they are merely technical violations within acceptable conventional building industry tolerances for field conditions and the premises taken as a whole, is compliant with the ADA and its implementing regulations.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

EIGHTH:   Plaintiff has demanded modifications that are either not readily achievable, structurally impracticable or not required.

### AS AND FOR A SEVENTH AFIRMATIVE DEFENSE

NINTH:   Defendant has retained the Law Offices of David W. Graber and has agreed to pay its reasonable fee for services. Pursuant to 28 USC 1927 & 42 USC 12205, Defendant is entitled to recover its attorneys fees and costs.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

TENTH:   To the extent the Complaint seeks relief for any area that is the responsibility of another, including but not limited to paragraph 14 C of the Complaint, plaintiff has failed to join an indispensable party.

**WHEREFORE,** answering defendant demands judgment: (a) dismissing the complaint in its entirety; (b) awarding defendant attorneys fees pursuant to 28 USC 1927 & 42 USC 12205: and (c) such other and further relief as to this Court seems just and proper.

Dated:   Great Neck, NY
         April 1, 2011

                                   Yours, etc.,

                                   **LAW OFFICES OF DAVID W. GRABER**
                                   Attorneys for Defendant
                                   BERLIN NEWINGTON ASSOCIATES, LLC


                              By:  s/David W. Graber (phv04449)
                                   55 Watermill Lane
                                   Great Neck, NY 11021
                                   (516-292-8500

TO:  Ioannis A. Kaloidis
     Ku & Mussman PA
     21 Holmes Avenue
     Waterbury CT 06710

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------x
MODESTO HERNANDEZ,

                Plaintiff,

   -against-                            Index No: 3:10 CIV 1333
                                                     (DJS)
BERLIN NEWINGTON ASSOCIATES, LLC
A Delaware Limited Liability Company,

                Defendant.
------------------------------------------x

## CERTIFICATE OF SERVICE

    I certify that on this date I caused a copy of the foregoing document, Answer, was served upon counsel listed below for plaintiff by ECF filing system:

    Ioannis A. Kaloidis
    Ku & Mussman PA
    21 Holmes Avenue
    Waterbury CT 06710

    I furhter certify that the foregoing stetements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:    Great Neck, NY
           April 1, 2011

                                              s/David W. Graber
                                              David W. Graber (phv04449)

INDEX NO:    3:10 CIV 1333
             (DJS)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------------
MODESTO HERNANDEZ,

                    Plaintiff,

         -against-

BERLIN NEWINGTON ASSOCIATES, LLC
     A Delaware Limited Liability Company,

                    Defendant.

----------------------------------------

**ANSWER**

----------------------------------------

**LAW OFFICES OF DAVID W. GRABER**
55 Watermill Lane
Great Neck, NY 11021
(516-292-8500