UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X
MODESTO HERNANDEZ

                           Plaintiff,

-against-

BERLIN NEWINGTON ASSOCIATES, LLC

                           Defendant.

---------------------------------X

Docket No.:

3:10-cv-01333-DJS

## DEFENDANT BERLIN NEWINGTON ASSOCIATES LLC'S MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant Berlin Newington Associates, LLC, ("Berlin") desires to substitute as its defense counsel Stephen P. Brown and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P, for David W. Graber, 55 Watermill Lane, Suite 100, Great Neck, New York 11021. Mr. Brown's firm information is as follows:

    Stephen P. Brown
    Federal Bar No.  ct19876
    Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.
    1010 Washington Blvd.
    Stamford, Connecticut 06901
    Phone (203) 388-9100
    Fax     (203) 388-9101

The substitution has been requested and approved by Berlin.  Notice is being sent to all counsel in accordance with the CMECF certifications on file with the Court.

Dated:      August 12, 2015

480197v.1

Respectfully submitted,

BERLIN NEWINGTON ASSOCIATES, LLC

By: /s/ Stephen P. Brown
   Stephen P. Brown (ct ct19876)
Wilson Elser Moskowitz Edelman
   & Dicker LLP
*Attorneys for Berlin Newington Associates, LLC*
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, a copy of the motion for extension of time to respond was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Stephen P. Brown
   Stephen P. Brown  (ct ct19876)
Wilson Elser Moskowitz Edelman
   & Dicker LLP
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com