UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X      Docket No.:
MODESTO HERNANDEZ
                                                  3:10-cv-01333-DJS

                         Plaintiff,

-against-

BERLIN NEWINGTON ASSOCIATES, LLC

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## **MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

Defendant Berlin Newington Associates, LLC, ("Berlin"), by and through its attorneys, Wilson Elser Moskowitz Edelman and Dicker LLP, hereby respectfully moves this Court for an extension of time of fourteen (14) days up to and including August 26, 2015, within which to file the Joint Trial Memorandum in this matter.

Berlin has substituted its defense counsel and as such requests this additional time for said counsel to review the materials at issue in this matter and prepare for trial accordingly. This is the first request of Berlin's new defense counsel relative to the filing of the joint trial memorandum. Trial is currently scheduled for September 2015. Plaintiff does not consent to this extension.

WHEREFORE, for good cause shown, Defendants respectfully request that this motion for extension of time be granted.

Dated: August 12, 2015
       Stamford, Connecticut

480196v.1

Respectfully submitted,

BERLIN NEWINGTON ASSOCIATES, LLC


By: /s/ Stephen P. Brown
    Stephen P. Brown (ct ct19876)
Wilson Elser Moskowitz Edelman
    & Dicker LLP
*Attorneys for Berlin Newington Associates, LLC*
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com


## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, a copy of the motion for extension of time to respond was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


By: /s/ Stephen P. Brown
    Stephen P. Brown (ct ct19876)
Wilson Elser Moskowitz Edelman
    & Dicker LLP
1010 Washington Boulevard
Stamford, Connecticut 06901
Telephone No.: (203) 388-9100
Facsimile No.: (203)388-9101
Stephen.Brown@wilsonelser.com