UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MODESTO HERNANDEZ, :
an individual, :
: CASE NO.: 3:10-cv-01333-DJS
Plaintiff, :
:
vs. :
:
BERLIN NEWINGTON ASSOCIATES, LLC :
a Delaware Limited Liability Company, :
:
Defendant. :
_____/

**MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANT'S AMENDED MOTION FOR SUBSTITUTION OF COUNSEL**

    Plaintiff, Modesto Hernandez ("Plaintiff"), by and through undersigned counsel, hereby files this memorandum in opposition to Defendant's Amended Motion for Substitution of Counsel (Dkt. No. 95 or "Def. Mot."). Defendant represented that "Plaintiff raised no objection to Berlin's prior motion to substitute" (Def. Mot. at 2). However, Plaintiff's actual position, as noted in Plaintiff's opposition to Defendant's Motion for Extension, was that "Plaintiff does not object to the substitution *per se*, but not if it results in additional delay (which is the case here)." Dkt. No. 90 at 2.

    Here, substitution of counsel on the eve of trial, in a case that has lasted five years, will undoubtedly result in a disordered (if not chaotic) trial. As noted in Plaintiff's prior brief, motions to withdraw which result in such disruption are routinely rejected by district courts. Dkt. No. 90 at 2-3 (citing cases).

    Further, the Defendant has not shown good cause. Defense counsel's assertion that it is unable to take a case to trial – after he: (a) accepted representation in this matter, (b) eschewed all settlement efforts, and (c) argued time and time again that the Court should *not* decide this

matter on a summary basis – is not good cause. In short, nothing has changed between the day Defendant accepted representation and today. Substitution at this late a stage is inappropriate.[1]

Substitution of counsel at this point would undoubtedly upset the orderly trial of this matter. Further, Defendant has not shown good cause, and substitution at this time would be prejudicial to Plaintiff. Accordingly, Defendant's Motion should be denied.

DATE: August 20, 2015                                         Respectfully Submitted,


/s/ Louis Mussman
Louis I. Mussman, Esq,
Bar Number: ct27484
KU & MUSSMAN, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, Florida 33014
Phone: (305) 891-1322
Fax: (305) 891-4512
E-mail: louis@kumussman.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2015, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record.

/s/ Louis Mussman
Louis I. Mussman

---

[1] Also, substitution would be inequitable given that the current posture of this case has resulted from numerous extension granted to Defendant based on Defendant's assertion (time and time again) that his counsel is a solo-practitioner whose office suffers from various 'small-firm' problems (lost facsimiles, lost mail, flooding, etc.). Plaintiff must note that Plaintiff's counsel's firm has only three attorneys.