UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MODESTO HERNANDEZ,** | : | **CIVIL ACTION NO.:** |
| | : | |
| Plaintiff | : | 3:10-cv-01333-VLB |
| | : | |
| v. | : | |
| | : | |
| **BERLIN NEWINGTON ASSOCIATES, LLC** | : | |
| | : | |
| Defendant | : | APRIL 27, 2017 |

## MOTION TO APPOINT PROCESS SERVER

Pursuant to Fed. R. Civ. P. 4 and 4.1, the Plaintiff, Modesto Hernandez ("Plaintiff"), hereby moves in the above-captioned matter that the Clerk of the Court appoint Richard E. Ostop, Connecticut State Marshal, a qualified person over 18 years of age and not a party to or attorney in this action, to serve papers, other than the summons and complaint, in this matter for the reason that the United States Marshal's Office no longer makes service of process in private civil actions. Plaintiff requests that Marshal Ostop be appointed as a special deputy marshal and/or process server to serve all manner of process, levy, attachment, execution and sale that may issue in this case.

WHEREFORE, Plaintiff respectfully requests that this Court appoint Richard E. Ostop as a special deputy marshal and/or process server to serve all manner of process, levy, attachment, execution and sale that may issue in this case.

                    THE PLAINTIFF,
                    MODESTO HERNANDEZ

By:    /s/ Louis I. Mussman
       Louis I. Mussman (ct27484)
       Ku & Mussman, P.A.
       18501 Pines Boulevard
       Suite 209-A
       Pembroke Pines, FL  33029
       Phone:  (305) 891-1322
       Fax:  (305) 891-4512
       E-mail:  louis@kumussman.com

## CERTIFICATION

I hereby certify that on this 27th day of April 2017, a copy of the foregoing Motion to Appoint Process Server was filed electronically and served by mail upon anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                            */s/ Louis I. Mussman*
                                            Louis I. Mussman